

**LAW FIRM OF**
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 820
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

PANTELIS D. GALLIS, ESQ.
DIRECT DIAL: (212) 725-3846 x102
EMAIL: PGALLIS@OTMLAW.COM

ADMITTED: NEW YORK, NEW JERSEY,
U.S.D.C. SOUTHERN DISTRICT OF NEW YORK,
U.S.D.C. EASTERN DISTRICT OF NEW YORK,
U.S.D.C. DISTRICT OF NEW JERSEY

February 18, 2025

**VIA ECF**
The Honorable Georgette Castner, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

   Re: Hazem Alseginy v. Mercer County Community College and Infinity Flight Group LLC. (3:24-cv-11013-GC-JTQ)

Dear Judge Castner,

  This firm represents Plaintiff Hazem Alseginy in the above-referenced matter. We write as an addendum to our letter of today (ECF No. 14), responding to Defendants' letters seeking Your Honor's leave to file motions to dismiss. We apologize for the oversight of Your Honor's guidelines which request your approval to attach Exhibits.

  We respectfully request that Your Honor authorize the filing of Exhibits C and D (ECF Nos. 14-3, 14-4) as they directly respond to issues raised in by Defendants' application in ECF No. 13.

           Respectfully Submitted,

           /S/ Pantelis Gallis
           Pantelis D. Gallis, Esq.
           Law Firm of Omar T. Mohammedi, LLC
           *Attorneys for Plaintiff Hazem Alseginy*
           233 Broadway, Suite 820
           New York, New York 10279
           Telephone: (212) 725-3846

CC: All Counsel of Record Via ECF