LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 820
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

PANTELIS D. GALLIS, ESQ.
DIRECT DIAL: (212) 725-3846 x102
EMAIL: PGALLIS@OTMLAW.COM

ADMITTED: NEW YORK, NEW JERSEY,
U.S.D.C. SOUTHERN DISTRICT OF NEW YORK,
U.S.D.C. EASTERN DISTRICT OF NEW YORK,
U.S.D.C. DISTRICT OF NEW JERSEY

February 18, 2025

**VIA ECF**
The Honorable Justin T. Quinn, U.S. Magistrate Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

      Re:    **Hazem Alseginy v. Mercer County Community College and Infinity Flight Group LLC. (3:34-cv-11013-GC-JTQ)**

Dear Judge Quinn,

      Undersigned counsel for Plaintiff Hazem Alseginy, pursuant to Local Civil Rule 101.1(c) and Your Honor's Civil Case Management Order respectfully submits the within application for the *pro hac vice* admission of Omar T. Mohammedi, Esq., as co-counsel for Plaintiff in this action.

      As is required by Your Honor's Civil Case Management Order, I have sought the consent of all parties to this action. They have consented to the submission of this application.

      I know Mr. Mohammedi to have an outstanding reputation and ability as an attorney. A declaration by Mr. Mohammedi in support of this application for *pro hac vice* admission, a Certificate of Good Standing, and proposed order are attached hereto for Your Honor's consideration.

      Respectfully Submitted,

/S/ Pantelis Gallis
Pantelis D. Gallis, Esq.
Law Firm of Omar T. Mohammedi, LLC
*Attorneys for Plaintiff Hazem Alseginy*
233 Broadway, Suite 820
New York, New York 10279
Telephone: (212) 725-3846

CC: All Counsel of Record Via ECF