UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------X
HAZEM ALSEGINY,

                             Plaintiff,

   -against-

MERCER COUNTY COMMUNITY COLLEGE and
INFINITY FLIGHT GROUP LLC.

                             Defendants.
------------------------------------------------------------------X

Civil Action No.
3:24-CV-11013-GC-JTQ

**DECLARATION OF OMAR T. MOHAMMEDI, ESQ. IN SUPPORT OF APPLICATION FOR PRO HAC VICE ADMISSION**

**I, OMAR T. MOHAMMEDI**,

    1.    submit this declaration in support of the within application for Admission *Pro Hac Vice*, pursuant to Local Civil Rule 101.1, in relation to the above-captioned matter.

    2.    I am a member in good standing of the bar of the State of New York, as set forth in the attached Certificate of Good Standing (See, **Exhibit A**). I am also admitted to the bars of the U.S. District Court for the Southern District of New York, U.S. District Court for the Eastern District of New York, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Eighth Circuit and the Court of International Trade.

    3.    I am not subject to any pending disciplinary proceedings, nor has disciplinary action ever been imposed on me by any bar. I understand that I have the continuing obligation through the period of admission, should admission be granted, to apprise the Court of the institution of disciplinary proceedings against me.

    4.    I understand that a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court, and may not withdraw as counsel without leave of this Court before the termination of the action.

5.	My office address and phone number are: Law Firm of Omar T. Mohammedi, LLC, 233 Broadway, Suite 820, New York, NY 10279, (212) 725-3846.

Dated:  New York, New York
	February 18, 2024

                                          Respectfully submitted,

                                          /S/ Omar T. Mohammedi
                                          Omar T. Mohammedi, Esq.
                                          Law Firm of Omar T. Mohammedi, LLC
                                          233 Broadway, Suite 820
                                          New York, New York 10279
                                          Telephone: (212) 725-3846