UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------X
HAZEM ALSEGINY,

                              Plaintiff,              Civil Action No.
                                                      3:24-CV-11013-GC-JTQ

  -against-

MERCER COUNTY COMMUNITY COLLEGE and      **ORDER FOR ADMISSION**
INFINITY FLIGHT GROUP LLC.                               **<u>PRO HAC VICE</u>**

                                   Defendants.
-------------------------------------------------------------------X

      This matter having been brought before the Court on application for an Order for Admission *Pro Hac Vice*; and the Court having reviewed the submission of the applicant, and having considered this matter pursuant to D.N.J. L. Civ. R. 101.1, and upon good cause shown; it is hereby

      ORDERED that Omar T. Mohammedi, Esq. be permitted to appear *pro hac vice* in relation to the above-captioned action, provided that pursuant to D.N.J. L. Civ. R. 101(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders, and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees, or orders; and it is further

      ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, as provided by New Jersey Court Rule 1:28-2(a), and D.N.J. L. Civ. R. 101(c)(2), for this year and for any year in which the out-of-state attorney

continued to represent a client in a matter pending in this Court, with said fee to be deposited within twenty (20) days of the date of entry of this Order; and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of the entry of this Order; and it is further

ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection within five (5) days of its date of entry.

                                                            SO ORDERED
                                    HON. JUSTIN T. QUINN, U.S.M.J.