UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
--------------------------------------------------------------------X
HAZEM ALSEGINY,

                              Plaintiff,

                                                                Civ. Action No. 3:24-cv-11013

      -against-

                                                **NOTICE OF WITHDRAWAL**
MERCER COUNTY COMMUNITY COLLEGE and
INFINITY FLIGHT GROUP LLC.

                              Defendants.
--------------------------------------------------------------------X


       Pursuant to Civ. Rule 102.1, undersigned counsel withdraws his individual appearance as counsel of record for Plaintiff Hazem Alseginy. Fatima Abughannam, Esq., of the Law Firm of Omar T. Mohammedi, LLC, has appeared as counsel for Plaintiff Hazem Alseginy and will remain as counsel of record for Plaintiff.

Dated:  New York, New York
        March 25, 2025

                                      Respectfully submitted,

                                      /S/ Pantelis Gallis_____
                                      Pantelis D. Gallis, Esq.
                                      Law Firm of Omar T. Mohammedi, LLC
                                      *Attorneys for Plaintiff*
                                      233 Broadway, Suite 820
                                      New York, New York 10279
                                      Telephone: (212) 725-3846